963 A.2d 812

IN THE MATTER OF RICHARD A. MARCUS, AN ATTORNEY
AT LAW (ATTORNEY NO. 044941992).

January 16, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its
decision in DRB 08–205 concluding that as a matter of reciprocal
discipline pursuant to *Rule* 1:20–14(3), **RICHARD A. MARCUS** of
**VALENCIA, CALIFORNIA,** who was admitted to the bar of this
State in 1992, should be suspended from the practice of law for a
period of nine months based on discipline imposed in California for
unethical conduct that in New Jersey violates *RPC* 3.3(a)(5)(know-
ingly failing to disclose a material fact to a tribunal knowing the
tribunal could be misled thereby), *RPC* 8.4(c)(conduct involving
dishonesty, fraud, deceit or misrepresentation), and *RPC*

8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **RICHARD A. MARCUS** is suspended from the practice of law for a period of nine months, retroactive to December 30, 2007, and until the further of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.